# Third District Court of Appeal

## State of Florida

Opinion filed October 1, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D13-2719
Lower Tribunal No. 11-1451
_____

**C.H., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Samantha Ruiz Cohen, Judge.

Carlos J. Martinez, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Mary-Grace L. Mendoza, Assistant Attorney General, for appellee.

Before WELLS, SUAREZ, and SALTER, JJ.

PER CURIAM.

C.H. appeals a withhold of adjudication on a juvenile charge entered after she turned 20 years old. We affirm finding that the withhold was a confirmation of

a previously entered oral disposition made pursuant to a plea agreement. We reverse the admonishment entered by the trial court simultaneously with that adjudication because that admonishment was not part of the previously entered sentence.

Affirmed in part and reversed in part.